UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2020
```

EDWIN DIAZ, on behalf himself of all other persons similarly situated,

           Plaintiff,

-against-

UNITED BY BLUE WALNUT STREET LLC,

           Defendant.

1:18-cv-12388-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a notice from the mediator informing the Court that the parties participated in the Court-ordered mediation and reached an agreement on all issues [ECF No. 21]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **December 29, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: November 27, 2020
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**